```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KYLE BRAGG, AS TRUSTEE ET AL.,                              :
                                                            :
                            Plaintiffs,                     :
                                                            :        21-cv-08291 (VSB)
               -against-                                    :
                                                            :              ORDER
FIDELIS FACILITY SERVICE GROUP, INC.,                       :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  Plaintiffs filed this action on October 7, 2021 (Doc. 1), and filed an affidavit of service on October 27, 2021 (Doc. 9).  The deadline for Defendant to respond to Plaintiffs' amended complaint was November 15, 2021.  (*See* Doc. 9.)  To date, Defendant has not appeared or responded to the complaint.  Plaintiffs, however, have taken no action to prosecute this case.  Accordingly, if Plaintiffs intend to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 30, 2021.  If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 16, 2021
     New York, New York

                    _____
                    VERNON S. BRODERICK
                    United States District Judge