UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
:
KYLE BRAGG, AS TRUSTEE, et al.,          :
:
                        Plaintiffs,     :          21-cv-8291 (VSB)
:
          -against-               :              **ORDER**
:
FIDELIS FACILITY SERVICE GROUP, INC.:
:
                      Defendant.    :
X
---------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

      The Clerk of the Court has entered a Certificate of Default in this matter. (Doc. 12.) Plaintiffs are directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

      SO ORDERED.

Dated: November 17, 2021
       New York, New York

*(signed)* Vernon Broderick
Vernon S. Broderick
United States District Judge