UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
KYLE BRAGG, AS TRUSTEE, et al.,        :

                         Plaintiffs,      :
                                              : 21-cv-8291 (VSB)
          - against -                 :
                                              : **ORDER**

FIDELIS FACILITY SERVICE GROUP,  :
INC.,                                            :

                         Defendant.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On November 30, 2021, I ordered that a hearing on Plaintiffs' order to show cause for default judgment would be held at the United States Courthouse, Courtroom 518, 40 Foley Street, New York, New York 10007, on January 31, 2022 at 3:00 pm.  (Doc. 18.)  It is hereby

       ORDERED that the conference will instead be held via telephone, using the dial-in 888-363-4749 and the access code 2682448.

       Plaintiffs are directed to serve this order on Defendant via personal service at 175-N New Boston St., Woburn, MA 01801, on or before January 28, 2022, and file an affidavit of such service on or before January 31, 2022.

SO ORDERED.

Dated:      January 26, 2022
                New York, New York

                                                              Vernon S. Broderick
                                                             United States District Judge