```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
KYLE BRAGG, AS TRUSTEE, et al.,                            :
                                                           :
                            Plaintiffs,                    :
                                                           :         21-cv-8291 (VSB)
             - against -                                   :
                                                           :              ORDER
                                                           :
FIDELIS FACILITY SERVICE GROUP,                            :
INC.,                                                      :
                                                           :
                            Defendant.                     :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Yesterday, I held a status conference in this case, but neither party appeared. Accordingly, it is hereby:

ORDERED that Plaintiffs file a status update on or before March 14, 2022 informing me whether they intend to file a notice of settlement or whether they intend to pursue default judgment against Defendant. If Plaintiffs state their intent to pursue default judgment, Defendant shall enter a notice of appearance and file any opposition on or before March 28, 2022.

Plaintiffs are directed to serve this order on Defendant via email or any other previously effective means of service and file an affidavit of such service on or before March 7, 2022.

SO ORDERED.

Dated:    March 1, 2022
          New York, New York

                                              *[signature]*
                                              Vernon S. Broderick
                                              United States District Judge