UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                             :

KYLE BRAGG, AS TRUSTEE, et al.,         :
                                             :

                        Plaintiffs,   :
                                             :           21-cv-8291 (VSB)

              - against -              :
                                             :                 **ORDER**

FIDELIS FACILITY SERVICE GROUP,   :
INC.,                                          :
                                             :
                       Defendant.   :
                                             :
------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Today, I held a status conference in this case. In accordance with my comments at the conference, it is hereby:

ORDERED that Plaintiffs' request to withdraw their Motion for Default Judgment and file a Second Amended Complaint is GRANTED. (Doc. 29.) Plaintiffs are directed to file a Second Amended Complaint on or before June 20, 2022. Plaintiffs are further directed to serve the Second Amended Complaint on Defendant via email or any other previously effective means of service and file an affidavit of such service on or before June 24, 2022.

As previously noted, because Defendant Fidelis Facility Service Group, Inc. is a corporation, Defendant may not proceed in federal court without licensed counsel. *See, e.g.*, *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993). I remind Defendant that if Defendant intends to appear in this action, Defendant will need to retain counsel.

Plaintiffs are directed to serve this order on Defendant via email or any other previously

effective means of service and file an affidavit of such service on or before May 27, 2022.

SO ORDERED.

Dated:        May 20, 2022
              New York, New York

_Vernon Broderick_

Vernon S. Broderick
United States District Judge