```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
KYLE BRAGG, AS TRUSTEE ET AL.,                             :
                                                           :
                          Plaintiffs,                      :
                                                           :           21-CV-8291 (VSB)
            -against-                                      :
                                                           :                ORDER
FIDELIS FACILITY SERVICE GROUP, INC.,                      :
                                                           :
                          Defendant.                       :
                                                           :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On May 20, 2022, I granted Plaintiffs' request to withdraw their Motion for Default Judgment and to file a Second Amended Complaint. (Doc. 32.) I ordered Plaintiffs to file a Second Amended Complaint on or before June 20, 2022, and to serve the Second Amended Complaint on Defendant via email or any other previously effective means of service and file an affidavit of such service on or before June 24, 2022. (*Id.*) Plaintiffs filed a Second Amended Complaint on June 20, 2022. (Doc. 34.) Plaintiffs have not filed an affidavit of service. Defendant still has not appeared in this action. It is hereby

ORDERED that Plaintiffs serve the Second Amended Complaint on Defendant via email or any other previously effective means of service and file an affidavit of such service on or before July 1, 2022.

IT IS FURTHER ORDERED that Plaintiffs file a status update on or before July 8, 2022, informing me whether they intend to file a notice of settlement or whether they intend to pursue default judgment against Defendant.

SO ORDERED.

Dated: June 29, 2022
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge